RICHARD SHIVERS and RICHARD L. SHIVERS, appellants.

*v.*

CHARLES SHIVERS, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Shivers* v. *Shivers, 5 Stew. Eq. 578.*

*Messrs. Bergen & Bergen*, for appellants.

*Mr. Alfred Hugg*, for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the chancellor